UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:11−bk−03851−PMG
Chapter 11

Roberts Land & Timber Investment Corp.

_____Debtor(s)_____/

ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Farm Credit of Florida, ACA on July 19, 2011, the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated July 20, 2011.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor