UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

ROBERTS LAND & TIMBER
INVESTMENT CORP.,

Debtor.

Chapter 11
Case No. 3:11-bk-03851-PMG

Jointly Administered with
Case No. 3:11-bk-03853-PMG

**STIPULATION OF COUNSEL FOR DEBTORS AND COUNSEL FOR
CREDITOR REGARDING PRELIMINARY HEARING AND SCHEDULING
OF EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM THE
AUTOMATIC STAY OR ALTERNATIVELY MOTION TO DISMISS
THE CASES FILED BY FARM CREDIT OF FLORIDA, ACA**

The Debtors, Roberts Land & Timber Investment Corp. and Union Land & Timber Corp., through their undersigned counsel, and the Creditor, Farm Credit of Florida, ACA, through its undersigned counsel, stipulate as follows:

1. This Court has scheduled a Preliminary Hearing (Docket # 72) with respect to the Motion for Relief from the Automatic Stay or, alternatively, Motion to Dismiss the Cases (Docket # 54) filed by the Movant, Farm Credit of Florida, ACA ("Farm Credit"). This Preliminary Hearing is scheduled for Wednesday, August 17, 2011, at 10:00 a.m.

2. In lieu of conducting the actual Preliminary Hearing on August 17, 2011, counsel for the Debtors and the Creditor respectfully submit that Farm Credit's Motion should be scheduled for final evidentiary hearing at the same time the Court has scheduled a Confirmation Hearing on the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization.

1

3. The undersigned submit this Stipulation to address the matters that would have been the subject of the Preliminary Hearing scheduled by the Court for Wednesday, August 17, 2011, at 10:00 a.m.

4. Based on this Stipulation, the undersigned counsel respectfully understand that they will not be required to appear at the Preliminary Hearing which will be removed from the Court's calendar.

Date: August 15, 2011.

| | |
|---|---|
| The Decker Law Firm, P.A. | Smith, Gambrell & Russell, LLP |
| _____ | _____ |
| Andrew J. Decker, III, Esquire | Brian P. Hall, Esquire |
| Florida Bar No. 0267211 | Florida Bar No. 70051 |
| Post Office Box 1288 | Suite 3100, Promenade II |
| Live Oak, Florida 32064 | 1230 Peachtree Street |
| (386) 364-4440 | Atlanta, Georgia 30309 |
| Attorney for Debtors | (404) 815-3500 |
| | Attorney for Creditor |

11108