UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

ROBERTS LAND & TIMBER
INVESTMENT CORP.,

Debtor,

and

UNION LAND & TIMBER CORP,

Chapter 11 Debtors.

Case No. 3:11-bk-03851-PMG
and Case No. 3:11-bk-03853-PMG

Jointly Administered Under
Case No. 3:11-bk-03851-PMG

---

## ORDER GRANTING DEBTORS' MOTION TO CONTINUE CHAPTER 11 CONFIRMATION HEARING AND FINAL EVIDENTIARY HEARING ON FARM CREDIT OF FLORIDA, ACA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, TO DISMISS THE CASES

**THIS CASE** is before the Court on the Debtors' Motion to Continue the Chapter 11 Confirmation Hearing and the final evidentiary hearing scheduled on Farm Credit of Florida, ACA's Motion for Relief from the Automatic Stay or, alternatively, to Dismiss the Cases [Docket # 89]. It is

**ORDERED:**

1. The Motion is granted.

2. The final evidentiary hearing on Farm Credit of Florida, ACA's Motion for Relief from the Automatic Stay or, alternatively, to Dismiss Cases [Docket # 54] is continued to _January 13_, 2012, at _9:00 am_.

1

3. The Chapter 11 Confirmation Hearing is continued to January 13, 2012, at 9:00 am.

4. The deadline for filing ballots with respect to the Debtors' Plan of Reorganization is extended to the date fifteen (15) days prior to the re-scheduled confirmation hearing date.

5. The deadline for filing any objections to confirmation is extended to seven (7) days prior to the re-scheduled confirmation hearing date.

DATE: October 14, 2011, in Jacksonville, Florida.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies Furnished To:

Timothy S. Laffredi, Esquire, Assistant United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32701
Brian P. Hall, Esquire, Smith, Gambrell & Russell, LLP, 1230 Peachtree Street, N.E., Suite 3100, Atlanta, Georgia 30309
Andrew J. Decker, III, Esquire, The Decker Law Firm, P.A., Post Office Drawer 1288, Live Oak, Florida 32064
All creditors and interested persons