**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 3:11-bk-03851-PMG |
| ROBERTS LAND & TIMBER ) | and Case No. 3:11-bk-03853-PMG |
| INVESTMENT CORP., ) | |
| Debtor, ) | |
| ) | |
| and ) | Jointly Administered Under |
| ) | Case No. 3:11-bk-03851-PMG |
| UNION LAND & TIMBER CORP., ) | |
| Chapter 11 Debtors. ) | |
| _____ ) | |

**SECOND MODIFICATION TO THIRD AMENDED**
**JOINT CHAPTER 11 PLAN OF REORGANIZATION**

The Debtors and Debtors-in-Possession, Roberts Land & Timber Investment Corp. ("Roberts Land"), and Union Land & Timber Corp. ("Union Land," collectively with Roberts Land, the "Debtors"), pursuant to sections 1122, 1123, 1125 and 1127 of Title 11, United States Code (the "Bankruptcy Code"), and Rule 3016 of the Federal Rules of Bankruptcy Procedure, propose this Second Modification to Third Amended Joint Chapter 11 Plan of Reorganization (this "Second Modification") for the purpose of restructuring the claims against and interests in the Debtors. The Debtors are the proponents (as defined in section 1129 of the Bankruptcy Code) of the Third Amended Joint Chapter 11 Plan of Reorganization (ECF No. 86; the "Third Amended Plan"), as modified by (i) the First Modification to Third Amended Joint Chapter 11 Plan of Reorganization filed on February 29, 2012 (ECF No. 108; the "First Modification"), and

(ii) this Second Modification. The Third Amended Plan, as modified by the First Modification and this Second Modification shall be referred to as the "Plan." All capitalized, but undefined terms used in this Second Modification shall have the meanings ascribed to them in the Plan.

1. On June 7, 2011, the Debtors filed (i) Debtors' Joint Chapter 11 Plan of Reorganization (ECF No. 23; the "Initial Plan"), and (ii) Debtors' Disclosure Statement (ECF No. 24).

2. On July 6, 2011, the Debtors filed Debtors' First Amended Joint Chapter 11 Plan of Reorganization (ECF No. 40; the "First Amended Plan").

3. On July 6, 2011, the Court entered an Order Granting Joint Administration of Case No. 3:11-bk-03851-PMG and Case No. 3:11-bk-03853-PMG (ECF No. 46).

4. On July 26, 2011, the Debtors filed Debtors' Second Amended Joint Chapter 11 Plan of Reorganization (ECF No. 62; the "Second Amended Plan").

5. On July 28, 2011, the Court entered an Order Approving Disclosure Statement, Scheduling Confirmation Hearing, and Fixing Time for Filing Acceptance or Rejection of the Plan (ECF No. 64).

6. On September 13, 2011, the Debtors filed the Plan. The Plan supersedes the Initial Plan, the First Amended Plan and the Second Amended Plan in their entireties.

7. On February 29, 2012, the Debtors filed the First Modification to the Plan. The First Modification amended and restated Articles 4.3 and 4.7 of the Plan.

8. In accordance with section 1127 of the Bankruptcy Code, the Debtors propose to also modify Article 4.4 of the Plan. This Second Modification solely modifies Article 4.4 of the Plan, which shall be deleted in its entirety and replaced with the provision set forth below. [The modification to the Plan, as set forth in this Second Modification, does not materially or adversely affect the rights of any parties in interest who have not had notice and an opportunity to be heard with regard thereto.]

Article 4
Treatment of Classes of Claims and Interests

4.4  Class 4: Farm Credit of Florida, ACA ("Farm Credit"), as successor by merger to Farm Credit of North Florida, ACA:

4.4(a) Secured Claim of Farm Credit. Class 4 consists of the secured claim of Farm Credit in an amount (not to exceed $13,000,000) that will determined by the Court.[1] The documents evidencing Farm Credit's Class 4 Claim are attached to the four proofs of claim filed by Farm Credit on September 30, 2011 (the "POCs"). The POCs evidence the following loans from Farm Credit to Roberts Land:

| Proof of Claim | Loan Number | Original Principal Amount | Description |
|---|---|---|---|
| No. 4 | No. 767194-03 | $5,000,000 | Union Loan |
| No. 5 | No. 767194-01 | $2,000,000 | Woodstock Loan 1 |
| No. 6 | No. 496711-01 | $4,700,000 | Woodstock Loan 2 |
| No. 7 | No. 767194-02 | $460,000 | Woodstock Loan 3 |

Pursuant to the Court's findings on February 13, 2013:

(i) The Woodstock Industrial Site secures the Woodstock Loan, Woodstock Loan 2 and Woodstock Loan 3 (collectively, the "Woodstock Loans"). The Woodstock Industrial Site does not secure the Union Loan; and

(ii) The Woodstock Industrial Site has a value of $13,200,000.

---

[1] According to Farm Credit, the payoff figure is approximately $13 million based upon (i) accrued, but unpaid interest and (ii) the alleged amount of Farm Credit's attorneys' fees.

3

Based on these findings, there is an equity cushion of at least $6,000,000 (the "Equity Cushion") between (i) the $13,200,000 value of the Woodstock Industrial Site, and (ii) the outstanding balances (in the combined amount of approximately $7,200,000) due under the Woodstock Loans.

## Alternative Plan Treatments

At the sole and exclusive option of the Debtors, which shall be exercised prior to the conclusion of the Confirmation Hearing, the Debtors shall inform the Court of their determination to elect to treat Farm Credit's Allowed Class 4 Claim under Plan Treatment 1 or Plan Treatment 2.

## Plan Treatment 1

On the Effective Date, in full satisfaction, release and discharge of (i) all indebtedness owed to Farm Credit under the Woodstock Loans and (ii) $2,000,000 of indebtedness owed to Farm Credit under the Union Loan (in exchange for Farm Credit's receipt of 100% of the $6,000,000 Equity Cushion), Roberts Land shall execute and deliver to Farm Credit a special warranty deed in recordable form, together with such additional papers and instruments as may be required for title insurance purposes, transferring all of Roberts Land's interest in and to the Woodstock Industrial Site. Upon such transfer, each of the notes evidencing the Woodstock Loans shall be deemed paid in full and the Liens securing such loans shall be deemed satisfied and released. Further, Farm Credit shall (i) mark each of the notes evidencing the Woodstock Loans paid in full and return them to counsel for the Debtors and (ii) apply a credit in the amount of $2,000,000 to the note evidencing the Union Loan.

Roberts Land's tender of the Woodstock Industrial Site to Farm Credit shall (i) provide Farm Credit with the indubitable equivalence of and shall fully satisfy all of Farm Credit's claims against the Debtors relating to the Woodstock Loans, and (ii) satisfy $2,000,000 of Farm Credit's claim against the Debtors relating to the Union Loan.

In addition to the transfer of the Woodstock Industrial Site to Farm Credit, Roberts Land shall repay to Farm Credit the amount owing under the Union Loan (less $2,000,000) in quarterly installments amortized for 20 years at a fixed rate of 3.5% per annum with a balloon payment within 5 years from the Effective Date. Roberts Land shall be allowed to prepay such indebtedness, or any portion thereof, without a prepayment penalty. Upon full payment of the indebtedness owed under the restructured Union Loan, Farm Credit shall mark the note evidencing the Union Loan paid in full and return it to counsel for the Debtors, and shall cause its mortgages on the Non-Woodstock Industrial Site and all related security agreements, as attached to Farm Credit's POCs (the "Security Documents"), to be released and cancelled.

## Plan Treatment 2

On the Effective Date, in full satisfaction, release and discharge of all indebtedness owed to Farm Credit under the Woodstock Loans, Roberts Land shall execute and deliver to Farm Credit a special warranty deed in recordable form, together with such additional papers and instruments as may be required for title insurance purposes, transferring all of Roberts Land's interest in and to the Woodstock Industrial Site. Upon such transfer, each of the notes evidencing the Woodstock Loans shall be deemed paid in full and the Liens securing such loans shall be deemed satisfied and released. Further, Farm Credit shall mark each of the notes evidencing the Woodstock Loans paid in full and return them to counsel for the Debtors.

Roberts Land's tender of the Woodstock Industrial Site to Farm Credit shall provide Farm Credit with the indubitable equivalence of and shall fully satisfy all of Farm Credit's claims against the Debtors relating to the Woodstock Loans.

In addition to the transfer of the Woodstock Industrial Site to Farm Credit, Roberts Land shall repay to Farm Credit the amount owing under the Union Loan in quarterly installments amortized for 20 years at a fixed rate of 3.5% per annum with a balloon payment in 5 years from the Effective Date. Roberts Land shall be allowed to prepay such indebtedness, or any portion thereof, without a prepayment penalty. Upon full payment of the indebtedness owed under the restructured Union Loan, Farm Credit shall mark the note evidencing the Union Loan paid in full and return it to counsel for the Debtors, and shall cause all Security Documents encumbering the Non-Woodstock Industrial Site to be released and/or cancelled.

## Additional Provisions Relating to Plan Treatment 1 and Plan Treatment 2

1. Until the restructured Union Loan is paid in full, Farm Credit shall retain its Liens on the Non-Woodstock Industrial Site, as provided for in the existing Security Documents encumbering such property. The Debtors shall comply with the terms of such Security Documents, as modified by the Plan.

2. Pursuant to Sections 524(e) and 1141(d) of the Bankruptcy Code, the effect of a discharge of the Debtors under Plan Treatment I and Plan Treatment II will not affect the liability of any non-debtor, including any Guarantors of the Debtor, with respect to the Farm Credit Indebtedness; provided however, nothing herein shall be construed to preclude any person from asserting any claim or defense in any legal proceeding relating to or arising from the confirmation of a plan under Plan Treatment I or II.

    Farm Credit will be temporarily enjoined from pursuing collections against the alleged Guarantors of the Debtor, Avery Roberts and Twyla Roberts, in the absence of such a default.

4. For purposes of Article 4.4 of the Plan, the Debtor's tender of the deed to Farm Credit under Plan Treatment 1 or Plan Treatment 2 shall be deemed to occur when such deed is tendered by physical delivery to Farm Credit at its office located at 11903 Southern Boulevard, Suite 200, West Palm Beach, Florida 33411. If Farm Credit fails to accept delivery of the deed within 45 days after it is tendered by Roberts Land under Plan Treatment 1 or Plan Treatment 2 (pursuant to a final Confirmation Order entered in these cases), then Farm Credit's secured claim, as it relates to the Woodstock Loans, will be discharged and title to the Woodstock Industrial Site shall remain vested in Roberts Land free and clear of Farm Credit's Liens.

5. The Holder of the Class 4 Allowed Claim is impaired and is entitled to vote to accept or reject the Plan. Nothing contained herein shall prohibit the Debtors (or their principals) from pursuing their objections to Farm Credit's claims, or their Adversary Proceeding against Farm Credit.

Respectfully submitted, this 7th day of March 2013.

Roberts Land & Timber Investment Corp.

By_____
 Avery Roberts, its President


Union Land & Timber Corp.

By_____
 Avery Roberts, its President

THE DECKER LAW FIRM, P.A.
Andrew J. Decker, IV
Anthony W. Chauncey
Florida Bar Number 12745
Florida Bar Number 75023
Post Office Box 1288
Live Oak, Florida  32064
(386) 364-4440
(386) 364-4508 (facsimile)
andrewjdecker@thedeckerlawfirm.com
anthonywchauncey@thedeckerlawfirm.com

and

SMITH HULSEY & BUSEY


By     */s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for the Chapter 11 Debtors

00827404.4

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by U.S. Mail to those parties on the attached mailing matrices, this 7th day of March, 2013.

                                               */s/ James H. Post*
                                                         Attorney

```
Label Matrix for local noticing          American Express Bank FSB              Roberts Land & Timber Investment Corp.
113A-3                                   c/o Becket and Lee LLP                 Post Office Box 233
Case 3:11-bk-03851-PMG                   POB 3001                               Lake Butler, FL 32054-0233
Middle District of Florida               Malvern, PA 19355-0701
Jacksonville
Thu Mar  7 16:42:40 EST 2013

TD Bank, National Association, as the succes   Wells Fargo Financial Leasing, Inc.   Avery C. Roberts
c/o Jeffrey R. Dollinger, Esq.           MAC F4031-050                          P.O. Box 233
1 SE 1st AVenue                          800 Walnut St                          Lake Butler, FL 32054-0233
Gainesville, FL 32601-6240               Des Moines, IA 50309-3605


Avery C. Roberts and Twyla J. Roberts     Community State Bank                   Farm Credit of Florida, ACA
c/o Edward P. Jackson, Esq.               Post Office Drawer 460                 11903 Southern Boulevard, Suite 200
255 N Liberty Street, 1st Fl              Starke, FL 32091-0460                  Post Office Box 213069
Jacksonville FL 32202-2820                                                       West Palm Beach, FL 33421-3069


Farm Credit of Florida, ACA, successor by me   Florida Dept of Labor and Security   Florida Dept. of Revenue
to Farm Credit of North Florida, ACA     Hartman Building, Suite 307            Bankruptcy Unit
c/o Smith, Gambrell & Russell, LLP       2012 Capital Circle, Southeast         P.O. Box 6668
Attn: Brian P. Hall, Esq.                Tallahassee, FL 32399-6583             Tallahassee, FL 32314-6668
1230 Peachtree Street, N.E., Suite 3100
Atlanta, GA 30309-3592

Gilbert Weisman                          Internal Revenue Service               Legacy Wildlife Services/
Becket & Lee LLP                         PO Box 7346                            Natural Resources Planning Services
POB 3001                                 Philadelphia, PA  19101-7346           5700 S.W. 34th Street, Suite 324
Malvern, PA 19355-0701                                                          Gainesville, FL 32608-5371


Mercantile Bank                          North Florida Reforestation Services   Roberts Land & Timber Investment Corp.
Post Office Box 100201                   Post Office Box 365                    12469 West SR 100
Columbia, SC 29202-3201                  Lake Butler, FL 32054-0365             Lake Butler FL 32054-5130



Secretary of the Treasury                TAMCO Capital Corporation              TD Bank, National Association
15th & Pennsylvania Ave., NW             4830 W. Kennedy Blvd., Suite 650       Scruggs & Carmichael, P.A.
Washington, DC 20220-0001                Tampa, FL 33609-2578                   One SE First Avenue
                                                                                Gainesville FL 32601-1205


Timothy S Laffredi                       Twyla J. Roberts                       (p)U S SECURITIES AND EXCHANGE COMMISSION
135 West Central Blvd Suite              P.O. Box 233                           ATLANTA REG OFFICE AND REORG
Orlando, FL 32801-2430                   Lake Butler, FL 32054-0233             950 E PACES FERRY RD NE STE 900
                                                                                ATLANTA GA 30326-1382


Union County Tax Collector               Union Land & Timber Corp.              United States Attorney
55 West Main Street, Room 108            Post Office Box 233                    300 North Hogan St Suite 700
Lake Butler FL 32054-1654                Lake Butler, FL 32054-0233             Jacksonville, FL 32202-4204


Wells Fargo Financial Leasing, Inc.      Wendell W. Wheeler                     Edward P Jackson +
800 Walnut Street                        439 S.W. Main Boulevard                255 N. Liberty Street, First Floor
MAC F4031-050                            Lake City, FL 32025-5268               Jacksonville, FL 32202-2820
Des Moines, IA 50309-3605
```

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Jeffrey R Dollinger +
Scruggs & Carmichael PA
1 Southeast 1st Avenue
Gainesville, FL 32601-1205

Gilbert Barnett Weisman +
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

James R McCachren III+
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202-3629

Timothy S Laffredi +
Office of the United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801-2217

Brian P Hall +
Smith Gambrell & Russell LLP
1230 Peachtree Street, NE
Suite 3100
Atlanta, GA 30309-3592

Anthony W. Chauncey +
The Decker Law Firm PA
Post Office Box 1288
Live Oak, FL 32064-1288

James H Cummings +
Smith Gambrell & Russell LLP
50 North Laura Street
Suite 2600
Jacksonville, FL 32202-3629

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Reorganization Branch, Atlanta
3475 Lenox Rd., NE, Ste. 1000
Atlanta, GA 30326-1323

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Farm Credit of Florida, ACA

(u)Paul M. Glenn
Jacksonville

(u)Avery C. Roberts

(u)Twyla J. Roberts

(u)Wendell W. Wheeler

(u)Michael G Williamson

(d)American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355 0701

(d)Avery C. Roberts
Post Office Box 233
Lake Butler, FL 32054-0233

(d)Twyla J. Roberts
Post Office Box 233
Lake Butler, FL 32054-0233

End of Label Matrix
Mailable recipients    37
Bypassed recipients     9
Total                  46

```
Label Matrix for local noticing          Union Land & Timber Corp.               Avery C. Roberts
113A-3                                   Post Office Box 233                     Post Office Box 233
Case 3:11-bk-03853-PMG                   Lake Butler, FL 32054-0233              Lake Butler, FL 32054-0233
Middle District of Florida
Jacksonville
Thu Mar  7 16:43:58 EST 2013

Community State Bank                     Farm Credit of Florida, ACA             Florida Dept. of Revenue
Post Office Box 460                      Post Office Drawer 1259                 Bankruptcy Unit
Starke FL 32091-0460                     Palatka, FL 32178-1259                  P.O. Box 6668
                                                                                 Tallahassee, FL 32314-6668


Internal Revenue Service                 Robert Land & Timber Investment Corp.   Roberts Land & Timber Investment Corp.
PO Box 7346                              Post Office Box 233                     Post Office Box 233
Philadelphia, PA  19101-7346             Lake Butler, FL 32054-0233              Lake Butler, FL 32054-0233


Secretary of the Treasury                Tywla J. Roberts                        (p)U S SECURITIES AND EXCHANGE COMMISSION
15th & Pennsylvania Ave., NW             Post Office Box 233                     ATLANTA REG OFFICE AND REORG
Washington, DC 20220-0001                Lake Butler, FL 32054-0233              950 E PACES FERRY RD NE STE 900
                                                                                 ATLANTA GA 30326-1382


Union County Tax Collector               Union Land & Timber Corp.               United States Attorney
55 West Main Street, Room 108            12469 West SR 100                       300 North Hogan St Suite 700
Lake Butler FL 32054-1654                Lake Butler FL 32054-5130               Jacksonville, FL 32202-4204


United States Trustee - JAX 11 +         Timothy S Laffredi +                    Brian P Hall +
Office of the United States Trustee      Office of the United States Trustee     Smith Gambrell & Russell LLP
George C Young Federal Building          400 W. Washington St., Suite 1100       1230 Peachtree Street, NE
400 West Washington Street, Suite 1100   Orlando, FL 32801-2217                  Suite 3100
Orlando, FL 32801-2217                                                           Atlanta, GA 30309-3592

Anthony W. Chauncey +
The Decker Law Firm PA
Post Office Box 1288
Live Oak, FL 32064-1288
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Securities & Exchange Commission
Reorganization Branch, Atlanta
3475 Lenox Rd., NE, Ste. 1000
Atlanta, GA 30326-1323
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Farm Credit of Florida, ACA     (u)Paul M. Glenn                  (u)Wendell W. Wheeler
                                   Jacksonville


End of Label Matrix
Mailable recipients    18
Bypassed recipients     3
Total                  21